UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **CHRISTOPHER DEMETRIUS FRANK** | **CIVIL DOCKET NO. 6:24-CV-00490** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **ROXANNE FRANK** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

Before the Court is a *sua sponte* REPORT AND RECOMMENDATION [Doc. 5] by the Magistrate Judge recommending dismissal of Plaintiff's *pro se* COMPLAINT [Doc. 1] pursuant to Fed. R. Civ. P. 12(b)(1). After an independent review of the record, noting the absence of objections filed, the Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the REPORT AND RECOMMENDATION, Plaintiff's suit is DISMISSED WITHOUT PREJUDICE for want of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1).

THUS DONE AND SIGNED in Chambers on this 10th day of June, 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE